UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

PAMELA SHIVONE,

    Plaintiff,

v.                    Civil No. 07-1038 (PBT)

WASHINGTON MUTUAL BANK, F.A. *et al.*,

    Defendants.
_____

## FED. R. CIV. P. 7.1 DISCLOSURE OF DEFENDANT
## FIRST AMERICAN NATIONAL DEFAULT OUTSOURCING, LLC

Defendant, First American National Default Outsourcing, LLC, ("FANDO"), makes the following disclosure pursuant to Fed. R. Civ. P. 7.1:

FANDO discloses that it is a nongovernmental corporate entity and no public corporation owns 10% or more of its stock.

                Respectfully submitted,

                **BLANK ROME LLP**

Dated: June 8, 2007       By:  */s/ Stephen M. Orlofsky*
                  Stephen M. Orlofsky (I.D. No. 31633)
                  Earl M. Forte (I.D. No. 48979)
                  John E. Lucian (I.D. No. 92317)
                  One Logan Square
                  Philadelphia, PA 19103
                  (215) 569-5500
                  (215) 569-5555 (fax)

               Counsel for First American National Default
               Outsourcing, LLC

## Certificate of Service

I hereby certify that on this 8th day of June, 2007, a copy of the foregoing Fed. R. Civ. P. 7.1 Disclosure of First American National Default Outsourcing, LLC in Civil Action No. 07-1038 (PBT) was served electronically via the Court's CM/ECF system on all subscribed parties.

*/s/ John Lucian*